# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

September 15, 2014

Lyle W. Cayce
Clerk

No. 14-50229
Summary Calendar

ROBERT K. HUDNALL,

Plaintiff – Appellant

v.

WILLIAM DETHLEFS, Individually and Agent for University of Texas at El Paso; RYAN C. HOLMES, Associate Dean of Students, Individually and Agent for University of Texas at El Paso; CATIE MCCORRY-ANDELIS, Associate Vice-President and Dean of Students for University of Texas at El Paso; GARY EDENS, Vice-President for Student Affairs for University of Texas at El Paso; MARIA CONTRERAS, Individually and Agent for University of Texas at El Paso; JOHN C. LOYA, Chief Administrator Officer for School of Liberal Arts, Individually and Agent for University of Texas at El Paso; MARIA MICHEL, Individually and Agent for University of Texas at El Paso; YOLANDA LEYVA, Doctor of Philosophy, Individually and Agent for University of Texas at El Paso; DOES 1-100; UNIVERSITY OF TEXAS AT EL PASO; JEFFREY SHEPPARD, Doctor of Philosophy, Individually and Agent for University of Texas at El Paso,

Defendants – Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:13-CV-365

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

No. 14-50229

PER CURIAM:*

The court has carefully considered this appeal, but our consideration is marred by insufficient and conclusory briefing. Appellant has waived his claims on appeal by failing to adequately explain them and by failing to furnish citations to the record. F.R.A.P. 28(a)(8); *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993)(citations to record are necessary; pro se appellants must brief arguments correctly to preserve them); *Moore v. FDIC*, 993 F.2d 106, 107 (5th Cir. 1993). Most of his arguments do not challenge the grounds for the district court's dismissal of each of his claims. Nevertheless, we find no reversible error of fact or law by the district court and affirm for substantially the reasons expressed in that court's conscientious and well-reasoned opinion.

**AFFIRMED**.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.